# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT C. BRAUN,

       Plaintiff,        Case No. 04-C-882

    v.

CITY OF MILWAUKEE,
ARTHUR JONES and
KEVIN FRIEDEL,

       Defendants.

## OPINION AND ORDER

The parties to this action having stipulated to the voluntary dismissal of all claims raised, the court ORDERS that this action is dismissed with prejudice, but without costs to any party. See Federal Rule of Civil Procedure 41(a).

IT IS FURTHER ORDERED that the Clerk of Court shall enter a judgment of dismissal as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Robert C. Braun brought this action against Defendants City of Milwaukee, Arthur Jones, and Kevin Friedel before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having stipulated to the voluntary dismissal of all claims raised,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed with prejudice, but without costs to any party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of December, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge